**Opinion issued January 22, 2015**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-14-01022-CV

———————————

## IN RE DAN WHEELER WRECKER SERVICE, INC. AND GREGORY HEMBREE, Relators

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION[1]

In this original proceeding, Relators Dan Wheeler Wrecker Service, Inc. and Gregory Hembree seek mandamus relief from the trial court's failure to grant Relators' Motion for Leave to Designate Sammy Wood as a Responsible Third Party. The petition for writ of mandamus is **DENIED**.

---

[1]    The underlying case is *Charles E. Watkins v. Dan Wheeler Wrecker Service, Inc., et al*, Cause No. 28384, in the 344th Judicial District Court of Chambers County, the Honorable Randy McDonald, presiding.

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Brown.